**Melanie Baptiste-Jean Noel, Esq.**
**MBJN LAW**
**925 Cripple Creek Dr., Suite 400**
**Lawrenceville, GA 30043**
**Telephone: 678-439-7550**
**Facsimile: 678-426-9177**
**Email: mjnoel@mbjnlaw.com**
**Attorney for Petitioner**

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re DMCA Subpoena to Cloudflare, Inc.** | X  **Case No.** ___7:25-mc-555___ <br><br> **Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Cloudflare, Inc., Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringer** <br><br> X |

Petitioner, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to Cloudflare, Inc., the service provider of a website with the URL www.jws-library.one to which the infringing party posted content at the URLS:

- https://jws-library.one/?list=publications&pubId=g_E_202207&year=2022
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2F1+_+Protect+Yo

Watch Tower's Request to the Clerk for:    Issuance of DMCA Subpoena

- ur+Health.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2F2+_+Protect+Your+Livelihood.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2F3+_+Protect+Your+Relationships.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2F4+_+Protect+Your+Hope.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+Can+You+Cope.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+You+Can+Cope.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2FIn+This+Issue+of+Awake%21.html
- https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FIntroduction.html
- https://jws- library.one/?file=data%2F2022%2Fg_E_202207%2FTable+of+Contents.html

This content infringes copyrights held by Watch Tower. (*See* Declaration of

Melanie Baptiste-Jean Noel dated December 4, 2025 (hereinafter "Jean-Noel Decl.").

Watch Tower has satisfied the requirements for issuance of a subpoena pursuant to

17 U.S.C. § 512(h), namely:

(1)     Watch Tower has submitted a copy of the notification sent pursuant to

17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to Jean-Noel Decl.

(2)     Watch Tower has submitted the proposed DMCA Subpoena attached

hereto as Exhibit A and a Proposed Order attached hereto as Exhibit B;

and

(3)     Watch Tower, through its counsel of record, has submitted a sworn

declaration confirming that the purpose for which the DMCA subpoena

is sought is to obtain the identity of an alleged infringer or infringers,

and that such information will only be used for the purpose of protecting

Watch Tower's rights under Title 17 U.S.C. §§ 100, et. seq.  *See* Jean-

Noel Decl. ¶ 4.

Watch Tower's Request to the Clerk for:      Issuance of DMCA Subpoena

Having complied with the statutory requirements, Watch Tower respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).


Dated: December 4, 2025

/s/ Melanie Baptiste-Jean Noel
Melanie Baptiste-Jean Noel, Esq.
SDNY Bar No. MN9573
MBJN Law
925 Cripple Creek Dr., Suite 400
Lawrenceville, GA 30043
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
*Attorney for Petitioner Watch Tower*

Watch Tower's Request to the Clerk for:    Issuance of DMCA Subpoena