**EXHIBIT "1"**

Case 7:25-mc-00555-KMK   Document 4-1   Filed 12/04/25   Page 1 of 4

## InboxLGLIPG.US

| | |
|---|---|
| **From:** | InboxLGLIPG.US |
| **Sent:** | Wednesday, July 30, 2025 4:41 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | DMCA Takedown Notice |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** JWS-Library.one

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material | L or |
|---|---|---|
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?list=publications&pubId=g_E_202207&year=2022 | ht e/ 20 |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F1+_+Protect+Your+Health.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F2+_+Protect+Your+Livelihood.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F3+_+Protect+Your+Relationships.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F4+_+Protect+Your+Hope.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+Can+You+Cope.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+You+Can+Cope.html | ht e/ |

| | | |
|---|---|---|
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FIn+This+Issue+of+Awake%21.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FIntroduction.html | ht e/ |
| Awake 2022 No.1 (TX0009137063) | https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FTable+of+Contents.html | ht e/ |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that Cloudflare is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue. *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007)("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.") The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable. *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")

Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:** Watch Tower Bible and Tract Society of Pennsylvania
**Company:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 200 Watchtower Drive
**City, State, and Zip:** Patterson, NY 12563
**Name and Title:** Philip Brumley, General Counsel
**Attorney Address:** 200 Watchtower Drive, Patterson, NY 12563

**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000