**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------------

**In Re DMCA Subpoena to Cloudflare, Inc.**

X
:
:
:
:
:
:
:
:
:
:
:
X

**Case No. 7:25-mc-00555-KMK**

**Honorable Kenneth M. Karas**

**ORDER TO SHOW CAUSE
WHY CLOUDFLARE, INC.
SHOULD NOT BE HELD IN
CONTEMPT**

-------------------------------------------------------------------------------------

Upon the Declaration of Melanie Baptiste-Jean Noel, with exhibits, the supporting memorandum of law, and upon all proceedings had heretofore herein[1], it is hereby:

ORDERED that Cloudflare, Inc. show cause before this Court why it should not be held in contempt of court pursuant to Fed. R. Civ. P. 45(g) on _____, 2026;

ORDERED that Cloudflare, Inc.'s opposition to the Motion for Contempt filed by Petitioner, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") shall be filed on or before _____, 2026, and any reply papers shall be filed on or before _____, 2026;

ORDERED that overnight mail service of a copy of this order to show cause and the papers upon which it is granted on or before _____, 2026 to Cloudflare, Inc.'s registered agent, Registered Agent Solutions, Inc., 99 Washington Ave., Suite 700, Albany, NY 12260 shall be deemed good and sufficient service thereof.

---

[1] There is no requirement for a pre-motion conference in this matter. *See Individual Rules of Practice for the Honorable Kenneth M. Karas, Rule II.A* ("For motions other than discovery motions, a pre-motion conference with the Court is required for making any motion, *except motions brought on by Order To Show Cause*, motions by incarcerated pro se litigants, motions for admission pro hac vice, motions for reargument, motions for class certification, and motions described in Rule 6(b) of the Federal Rules of Civil Procedure and Rule 4(a)(4)(A) of the Federal Rules of Appellate Procedure." (emphasis added).

1

2

Dated: White Plains, NY

_____, 2026

_____

Kenneth M. Karas

United States District Judge