**Melanie Baptiste-Jean Noel, Esq.**
**MBJN LAW**
**925 Cripple Creek Dr., Suite 400**
**Lawrenceville, GA 30043**
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
**Attorney for Petitioner**

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re DMCA Subpoena to Cloudflare, Inc.** | Case No. 7:25-mc-00555-KMK<br><br>**MOTION FOR AN ORDER TO SHOW CAUSE WHY CLOUDFLARE, INC. SHOULD NOT BE HELD IN CONTEMPT** |

Upon the accompanying Declaration of Melanie Baptiste-Jean Noel, Esq., with exhibits, the Memorandum of Law in Support of Motion for Contempt Against Cloudflare, Inc. ("Motion for Contempt"), and upon all proceedings had heretofore herein Petitioner Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") hereby respectfully moves this Court, for an Order to Show Cause why Cloudflare, Inc. should not be held in contempt pursuant to 17 U.S.C. § 512(h)(6) and Rule 45(g) of Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

There is no requirement for a pre-motion conference in this matter. *See Individual Rules of Practice for the Honorable Kenneth M. Karas, Rule II.A* ("For motions other than discovery motions, a pre-motion conference with the Court is required for

1

making any motion, except motions brought on by Order to Show Cause, motions by incarcerated pro se litigants, motions for admission pro hac vice, motions for reargument, motions for class certification, and motions described in Rule 6(b) of the Federal Rules of Civil Procedure and Rule 4(a)(4)(A) of the Federal Rules of Appellate Procedure." (emphasis added).

Dated: January 21, 2026    /s/ Melanie Baptiste-Jean Noel
Melanie Baptiste-Jean Noel, Esq.
SDNY Bar No. MN9573
MBJN Law
925 Cripple Creek Dr., Suite 400
Lawrenceville, GA 30043
Telephone: 678-439-7550
Facsimile: 678-426-9177
Email: mjnoel@mbjnlaw.com
*Attorney for Petitioner Watch Tower*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I hereby certify that on January 21, 2026, I electronically filed the foregoing Motion for an Order to Show Cause Why Cloudflare, Inc. Should Not Be Held in Contempt with the Clerk of the Court using the CM/ECF system.

Lawrenceville, GA,
January 21, 2026.

>/s/ Melanie Baptiste-Jean Noel
> Melanie Baptiste-Jean Noel, Esq.
> SDNY Bar No. MN9573
> MBJN Law
> 925 Cripple Creek Dr., Suite 400
> Lawrenceville, GA 30043
> Telephone: 678-439-7550
> Facsimile: 678-426-9177
> Email: mjnoel@mbjnlaw.com
> *Attorney for Petitioner Watch Tower Bible and Tract Society of Pennsylvania*