IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Cloudflare, Inc. | 25-mc-00555-KMK |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jonathan LA Phillips hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for J. Doe in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: January 20, 2026

Respectfully submitted,
s/ Jonathan L.A. Phillips
Jonathan L.A. Phillips (IL 6302752)
**Phillips & Bathke, P.C.**
300 Northeast Perry Avenue
Peoria, Illinois 61603
(309) 834-2296
jlap@pb-iplaw.com