UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re DMCA Subpoena to Cloudflare, Inc.** | X : : : Case No. 7:25-mc-00555-KMK : : Honorable Kenneth M. Karas : : : : X |

## NOTICE OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Karen O. Stewart, an attorney at Miller McNamara & Taylor, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Watch Tower Bible and Tract Society of Pennsylvania in the above captioned case.

Dated: January 22, 2026

                                        Respectfully submitted,

                                        /s/ Karen O. Stewart
                                        Karen O. Stewart, Esq.
                                        Miller McNamara & Taylor
                                        412 Clock Tower Commons Drive
                                        Brewster, NY 10509
                                        Telephone: 845.288.0844
                                        Telephone: 954-610-7074
                                        Facsimile: 845.288.5700
                                        Email: kstewart@mmt-law.com
                                        *Attorney for Petitioner Watch Tower Bible and Tract*
                                        *Society of Pennsylvania*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Dated: January 22, 2026

                                        /s/ Karen O. Stewart
                                        Karen O. Stewart, Esq.
                                        Miller McNamara & Taylor
                                        412 Clock Tower Commons Drive
                                        Brewster, NY 10509
                                        Telephone: 845.288.0844
                                        Telephone: 954-610-7074
                                        Facsimile: 845.288.5700
                                        Email: kstewart@mmt-law.com
                                        *Attorney for Petitioner Watch Tower Bible and Tract Society of Pennsylvania*