## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

**In Re DMCA Subpoena to Cloudflare, Inc.**

Case No. 7:25-mc-00555-KMK

---

### DECLARATION OF MEL TORTORELLA IN SUPPORT OF CLOUDFLARE, INC.'S OPPOSITION TO PETITIONER'S MOTION FOR AN ORDER TO SHOW CAUSE WHY CLOUDFLARE, INC. SHOULD NOT BE HELD IN CONTEMPT

I, Mel Tortorella, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed by Cloudflare, Inc. ("Cloudflare") as a Trust & Safety Legal Response Senior Specialist. In that role, I am familiar with Cloudflare's practices for responding to third-party subpoenas, including those issued under the Digital Millennium Copyright Act, *see* 17 U.S.C. § 512(h).

2. I make this declaration based on my personal knowledge of records available to me as they are kept in the ordinary course of business, information obtained from other employees, and my general knowledge of Cloudflare's relevant practices, which I know to be true and correct. I voluntarily make and submit this declaration.

3. On December 11, 2025, Cloudflare was served with a subpoena (the "Subpoena") issued by Petitioner, Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"), under the Digital Millennium Copyright Act ("DMCA"), *see* 17 U.S.C. 512(h).

4. On December 12, 2025, Cloudflare contacted the Cloudflare user associated with the Cloudflare account at issue in the Subpoena (the "Cloudflare User") to inform them of the Subpoena.

5. Attached as **Exhibit A** is a true and correct copy of the correspondence referenced in Paragraph 4, redacted to protect the Cloudflare User's and a Cloudflare employee's identifying information.

6.      On January 13, 2026, counsel for the Cloudflare User contacted Cloudflare, explaining that they had "just been retained" and requesting that Cloudflare hold its response to the Subpoena while they investigated and prepared the Cloudflare User's response to the Subpoena.

7.      Attached as **Exhibit B** is a true and correct copy of the correspondence referenced in Paragraph 6, redacted to protect Cloudflare employees' identifying information.

8.      At no point after serving the Subpoena did Watch Tower's counsel demand production from Cloudflare or request an update from Cloudflare about the status of Cloudflare's response to the Subpoena.

9.      Cloudflare has preserved data that is responsive to the Subpoena and in Cloudflare's possession, custody, or control.

10.      As of 12:00 pm Eastern Time on February 2, 2026, the only notice Cloudflare received from Watch Tower's counsel about Watch Tower's motion for an order to show cause (*see* ECF Nos. 7-10) was an email from Watch Tower's counsel on January 21, 2026 at or around 5:14 p.m. Eastern Time, attaching the documents available at ECF Nos. 7-10 and stating that they were "filed in court today."

11.      Attached as **Exhibit C** is a true and correct copy of all of Cloudflare's correspondence with Watch Tower's counsel regarding the Subpoena, including the correspondence referenced in Paragraph 10.  **Exhibit C** is redacted to protect a Cloudflare employee's identifying information and Cloudflare's privileged and confidential information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026
New York, New York

*Mel Tortorella*
_____
Mel Tortorella