# Exhibit A

 **#20909757 [Notice] Legal request regarding a domain managed through your account**

| | | |
|---|---|---|
| **Submitted** | **Received via** | **Requester** |
| December 12, 2025 at 3:25 PM | Web Form | ▉▉▉▉▉▉▉▉▉▉▉ |

| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|
| Pending | - | - | Trust & Safety | ▉ |

| **JIRA/NYX-RFID** | | **Category** | **Sub-Category** | **Total time spent (sec)** |
|---|---|---|---|---|
| https://jira.cfdata.org/browse/CMPL-9634 | | Abuse | Abuse::InboundRegular | 870 |

**Time spent last update (sec)**
870

December 12, 2025 at 3:25 PM

To Whom It May Concern:

We received the attached legal request regarding the following domain(s) managed through your Cloudflare account: jws-library.one

The legal request requires us to provide information in our systems related to these websites. We have determined that this is a valid request, and we are required to provide the requested information. In accordance with our Privacy Policy, we are informing you before we provide any of the requested subscriber information.

Please know that removing or deleting content will not halt this process.

We plan to turn over documents in response to the legal request by the due date unless you intervene in the case. If you plan to intervene in this process, we would suggest that you contact local counsel at your earliest convenience, and notify us in advance of the due date so that we can hold our production.

Regards,
Cloudflare Trust & Safety

Support Software by **Zendesk**