# Exhibit B



## Re: In re DMCA Subpoena 7:25-mc-00555 (SDNY) - requesting a pause

**Corynne McSherry** <corynne@eff.org>                                           Wed, Jan 14, 2026 at 5:43 PM
To: Cloudflare Legal <legalresponses@cloudflare.com>, Mitch Stoltz <mitch@eff.org>

Thank you, much appreciated.

---

Corynne McSherry
Legal Director
Electronic Frontier Foundation
415-436-9333 x 122

*My work schedule may not match yours. Please feel free to respond at a time that is convenient for you.*

---

**From:** Cloudflare Legal <legalresponses@cloudflare.com>
**Date:** Wednesday, January 14, 2026 at 2:14 PM
**To:** Mitch Stoltz <mitch@eff.org>
**Cc:** Corynne McSherry <corynne@eff.org>
**Subject:** Re: In re DMCA Subpoena 7:25-mc-00555 (SDNY) - requesting a pause

Hello Mitch,

Thank you for the update. We will hold off on responding while you are reaching out to counsel and pending resolution of the dispute. Please send us your response after you have filed.

Please let us know if you have any additional questions.

Regards,
Cloudflare Legal Department

> ---------- Forwarded message ---------
> **From: Mitch Stoltz** <mitch@eff.org>
> Date: Tue, Jan 13, 2026 at 5:03 PM
> Subject: Re: In re DMCA Subpoena 7:25-mc-00555 (SDNY) - requesting a pause
> To: ▓▓▓▓▓▓▓▓▓@cloudflare.com>, ▓▓▓▓▓▓▓▓▓▓▓@cloudflare.com>
> CC: ▓▓▓▓▓▓▓▓▓@cloudflare.com>, Corynne McSherry <corynne@eff.org>
>
> Hi ▓▓▓▓▓▓▓,
> We've just been retained by the person who believes they were targeted by this subpoena, who has no experience with legal process. The response date on the subpoena is January 15. Our client faces significant adverse consequences if their identity is revealed to Watch Tower. We're reaching out to Watch Tower's attorney to ask them to stand down while we investigate and respond to the subpoena. In any event, we hope you can confirm that Cloudflare will hold off on producing information while we prepare a response. We'll let you know when we file.

> Thanks,
> Mitch
>
>
>
> Mitch Stoltz
> Competition and IP Litigation Director
> Electronic Frontier Foundation
> Join EFF!  https://www.eff.org/join