# Exhibit C

##  #20909681 Regarding your request to Cloudflare (7:25-mc-00555-KMK)

| Submitted | Received via | Requester |
|---|---|---|
| December 12, 2025 at 3:10 PM | Web Form | mjnoel <mjnoel@mbjnlaw.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Open | - | - | Trust & Safety | |

| JIRA/NYX-RFID | Category | Sub-Category | Total time spent (sec) |
|---|---|---|---|
| https://jira.cfdata.org/browse/CMPL-9634 | Abuse | Abuse::InboundRegular | 777 |

**Time spent last update (sec)**
347

---

 December 12, 2025 at 3:10 PM

Hello,

We have received your request. It is Cloudflare's policy to notify users of requests for their information prior to disclosure unless we are prohibited from doing so by statute or court order.

To briefly explain our services, Cloudflare offers a variety of network service solutions to include a reverse proxy, pass-through security service and a content distribution network (CDN). Because Cloudflare is a reverse proxy, our IP addresses appear in WHOIS and DNS records for websites using our services. For the vast majority of our customers, Cloudflare is not a hosting provider and does not have access to our customers' content.

Regards,
Cloudflare Trust & Safety

---

January 14, 2026 at 5:18 PM

Hello,

Upon notifying our customer of this subpoena, we understand that our customer may be intervening in this case. We are therefore holding our response pending further updates.

Regards,
Cloudflare Trust & Safety

---

**MBJN LAW**  January 21, 2026 at 5:14 PM  

Cloudflare,

The attached documents were filed in court today.

[OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ][OBJ]

Kind regards,

Melanie N.B. Jean-Noël, Esq.
MBJN Law
GA Direct 678.439.7550 | Fax 678.426.9177
mjnoel@mbjnlaw.com <mailto:melanie@mbjnlaw.com>

Georgia Office 925 Cripple Creek Drive, Suite 400, Lawrenceville, GA 30043

Confidentiality Notice: This email may contain confidential, legally privileged information covered by the Electronic Communication Privacy Act 18 U.S. Code 2510-2521 and O.C.G.A. § 16-11-62 (4)(5)(6)(7) whereby civil & criminal penalties may apply if you save, forward, disclose or disseminate any of its content. If you received this email in error, please reply to me and then delete this email. This e-mail may be protected by the attorney-client privilege and attorney work-product doctrines. DISCLAIMER: If you are not the intended recipient of this e-mail nor my client, you are strictly prohibited from relying on any opinion or information herein. Unless otherwise stated, this e-mail does not create any duties owed by me or my firm to you. Absent a signed agreement with me or the firm, you are advised to seek separate and independent counsel.

Support Software by **Zendesk**