# COMPOSITE EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | JWS Online Library \| All WT publications since 1880 : r/exjw |
| Capture URL: | https://www.reddit.com/r/exjw/comments/yaoy4y/comment/itc1wf8/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 18:45:04 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 18:45:37 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | m334W9npEMTc5XUp8Qt5iU |

PDF REFERENCE #:    trwLYMLruBNyg6zeXYGX1M





| | |
|---|---|
| Document title: | The official JW Library app is broken at the moment and if the computers date is set to 4th of April, the whole app or just the songs won't load. PIMIs think it is a malicious attack created by an apostate. : r/exjw |
| Capture URL: | https://www.reddit.com/r/exjw/comments/12b97ah/comment/jew7i7t/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 18:49:28 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 18:50:01 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | chajJf4XSnbMZizmXxsHd6 |

PDF REFERENCE #:        oLjsGQgGNB4ER1mZdA6YuQ



🔒 PageVault

| | |
|---|---|
| Document title: | Claude for Coding : r/ArtificialInteligence |
| Capture URL: | https://www.reddit.com/r/ArtificialInteligence/comments/1f4v0ie/comment/lkoewff/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 18:50:20 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 18:50:37 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | m14vLga3R1XNqSvwJCyawL |

PDF REFERENCE #:   jpSi2uPNbDkQLXZC5TC2r1



🔒 PageVault

| | |
|---|---|
| Document title: | I mapped all Watchtower bible references from 1880-2022 and I noticed a sudden change in 1950. I triple checked the data and it's correct. : r/exjw |
| Capture URL: | https://www.reddit.com/r/exjw/comments/wf7u46/comment/iisr3uf/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 19:10:34 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 19:11:12 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | kYVihXcmMRw5NCZnxgnZsp |

PDF REFERENCE #:   dB2iTbtivw9VWM4gtEwpuf



🔒 PageVault

| | |
|---|---|
| Document title: | JWS Online Library \| All WT publications since 1880 : r/exjw |
| Capture URL: | https://www.reddit.com/r/exjw/comments/yaoy4y/comment/itc2yjq/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 19:12:30 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 19:12:53 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | i2Kzykt8hZaFYPnNT3QXug |

PDF REFERENCE #:    pwPdLKW4ng6H91VPtVDF3k



PageVault

| | |
|---|---|
| Document title: | JWS Online Library \| All WT publications since 1880 : r/exjw |
| Capture URL: | https://www.reddit.com/r/exjw/comments/yaoy4y/comment/itcr4r1/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button |
| Page loaded at (UTC): | Tue, 10 Feb 2026 19:17:12 GMT |
| Capture timestamp (UTC): | Tue, 10 Feb 2026 19:17:35 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 9tovnWzXAdNYNRSxHNeQmD |

PDF REFERENCE #:     jre4mp9f4qD76oZb2TwYfe

