**EXHIBIT 2**

From: Legal Department
Sent: Thursday, September 4, 2025 9:45 AM
To: abuse@cloudflare.com
Subject: 2nd Notice: DMCA Complaint regarding jwslibrary.one.

Dear Sir or Madam:

We write in follow up to the attached **ten (10)** copyright infringement notices sent to Cloudflare on July 30, 2025, pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512), regarding **jws-library.one**, a website you host. Over 30 days have passed since Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") informed Cloudflare of the extensive infringements on this website. However, Cloudflare has not replied to these notices or disabled access to the infringing content.

According to the DMCA,

a notification of claimed infringement must be a written communication provided to the designated agent of a service provider that includes substantially the following:
(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.
(iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
(v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
17 U.S.C. § 512(c)(3). Watch Tower's notices of claimed infringement included all of the requisite information. Notably, Watch Tower provided clear evidence of the blatant infringement. Indeed, Watch Tower's DMCA notices included direct links to large samples of the infringing material appearing on jws-library.one and corresponding links to the same exact material appearing on Watch Tower's site.  Cloudflare is statutorily obligated to "expeditiously [ ] remove, or disable access to, the material that is claimed to be infringing" (17 U.S.C. § 512 (c)(1)(C)); *see Feingold v. RageOn, Inc*., 472 F.Supp.3d 94, 102 (S.D.N.Y. 2020) (finding that 18 to 23 days is not expeditious).

It has now been over a month since Watch Tower sent statutorily-compliant DMCA notices to Cloudflare regarding the jws-library.one website. Please advise whether Cloudflare will satisfy its statutory obligation or abandon safe harbor from infringement

liability. If Cloudflare is not the host of the jws-library.one website, please immediately advise who hosts the website.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner**: Watch Tower Bible and Tract Society of Pennsylvania
**Company**: Watch Tower Bible and Tract Society of Pennsylvania
**Address**: 200 Watchtower Drive
**City, State, Zip**: Patterson, NY 12563
**Name and Title**: Philip Brumley, General Counsel
**Attorney Address**: 200 Watchtower Drive, Patterson, NY 12563
**Email Address**: InboxLGLIPG.US@jw.org
**Telephone**: 845-306-1000