**COMPOSITE EXHIBIT 4**

**From:** [GitHub Developer Support](#)

**Sent on:** Monday, August 18, 2025 11:57 PM

**To:** [InboxLGLIPG.US](#)

**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)

Aug 18, 2025, 3:50 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)

Aug 14, 2025, 3:32 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**

Jul 30, 2025, 9:27 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/April.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/April.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/August.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/August.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/December.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/December.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Examining%20the%20Scriptures%20Daily%E2%80%942020.ht |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Examining%20the%20Scriptures%20Daily%E2%80%942020.tx |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/February.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/February.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/How%20to%20Use%20This%20Booklet.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/How%20to%20Use%20This%20Booklet.txt |
| Examining the Scriptures | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/img/1102020015_E_cnt_1.jpg |

| | |
|---|---|
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/img/1102020016_E_cvr.jpg |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/January.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/January.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/July.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/July.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/June.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/June.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/March.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/March.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/May.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/May.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/November.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/November.txt |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/October.html |
| Examining the Scriptures Daily—2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/October.txt |

| | |
|---|---|
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Our%20Christian%20Life%20and%20Ministry%20Bible%20Rea... |
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Our%20Christian%20Life%20and%20Ministry%20Bible%20Rea... |
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/September.html |
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/September.txt |
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Title%20Page_Publishers%E2%80%99%20Page.html |
| Examining the Scriptures Daily— 2020 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2019/es20_E/Title%20Page_Publishers%E2%80%99%20Page.txt |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue. *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007) ("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable.  *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")

Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)

**Sent on:** Monday, August 18,

**To:** [InboxLGLIPG.US](#)

**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:50 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:32 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 9:30 PM UTC

Dear Sir/Madam:

I have read and understand this notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CAllot%20the%20Land%20as%20an%20Inheritance%... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CAllot%20the%20Land%20as%20an%20Inheritance%... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CDescribe%20the%20Temple%E2%80%9D.html |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CDescribe%20the%20Temple%E2%80%9D.txt |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CDry%20Bones%E2%80%9D%20and%20%E2%80%9... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CDry%20Bones%E2%80%9D%20and%20%E2%80%9... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CEverything%20Will%20Live%20Wherever%20the%20... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CEverything%20Will%20Live%20Wherever%20the%20... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CGod%20Approved%E2%80%9D%20Their%20Gifts.ht... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CGod%20Approved%E2%80%9D%20Their%20Gifts.txt |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Am%20Against%20You%2C%20O%20Gog%E2%... |
| Pure Worship of Jehovah— | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Am%20Against%20You%2C%20O%20Gog%E2%... |

| Restored At Last! | |
|---|---|
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Began%20to%20See%20Visions%20of%20God%... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Began%20to%20See%20Visions%20of%20God%... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Have%20Appointed%20You%20as%20a%20Wat... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Have%20Appointed%20You%20as%20a%20Wat... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Was%20Watching%20the%20Living%20Creatur... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Was%20Watching%20the%20Living%20Creatur... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20.%20.%20.%20Collect%20You%20Toget... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20.%20.%20.%20Collect%20You%20Toget... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Bring%20an%20End%20to%20Your%20... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Bring%20an%20End%20to%20Your%20... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Dwell%20Among%20the%20People%20E2... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Dwell%20Among%20the%20People%20E2... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Give%20Them%20a%20Unified%20Hea... |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Give%20Them%20a%20Unified%20Hea... |

| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Make%20Them%20One%20Nation%E2% |
|---|---|
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Make%20Them%20One%20Nation%E2% |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Raise%20Up%20One%20Shepherd%E2% |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Raise%20Up%20One%20Shepherd%E2% |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Zealously%20Defend%20My%20Holy%2 |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CI%20Will%20Zealously%20Defend%20My%20Holy%2 |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CIt%20Is%20Jehovah%20Your%20God%20You%20Mu |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CIt%20Is%20Jehovah%20Your%20God%20You%20Mu |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CIt%20Was%20My%20Sanctuary%20That%20You%20 |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CIt%20Was%20My%20Sanctuary%20That%20You%20 |
| Pure Worship of Jehovah—Restored At Last! | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2018/rr_E/%E2%80%9CMy%20Great%20Rage%20Will%20Flare%20Up%E2% |
| Pure Worship of Jehovah—Restored At Last! | |

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 at 7:25 AM
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:**  This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:50 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:32 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 9:33 PM UTC

Dear Sir/Madam:

I have read and understand Github's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CI%20Fought%20Like%20a%20Lion%E2%80%9D... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CI%20Fought%20Like%20a%20Lion%E2%80%9D... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CWe%20Have%20Seen%20Wonderful%20Things%... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CWe%20Have%20Seen%20Wonderful%20Things%... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CWe%20Will%20Find%20Them%E2%80%9D.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/%E2%80%9CWe%20Will%20Find%20Them%E2%80%9D.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2014%20Grand%20Totals.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2014%20Grand%20Totals.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2015%20Yearbook%20of%20Jehovah%E2%80%99s%20Witnes... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2015%20Yearbook%20of%20Jehovah%E2%80%99s%20Witnes... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2015%20Yeartext.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/2015%20Yeartext.txt |
| 2015 Yearbook of | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/A%20Bible%20That%20Is%20Made%20to%20Last.html |

| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/A%20Bible%20That%20Is%20Made%20to%20Last.txt |
| --- | --- |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/A%20Letter%20From%20the%20Governing%20Body.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/A%20Letter%20From%20the%20Governing%20Body.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Africa.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Africa.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/An%20Overview%20of%20the%20Dominican%20Republic.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/An%20Overview%20of%20the%20Dominican%20Republic.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Asia%20and%20the%20Middle%20East.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Asia%20and%20the%20Middle%20East.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Contents.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Contents.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Coping%20With%20the%20Growth.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Coping%20With%20the%20Growth.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Discovery.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Discovery.txt |

| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Dispatches%E2%80%94News%20From%20Around%20the%20... |
|---|---|
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Dispatches%E2%80%94News%20From%20Around%20the%20... |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Dominican%20Republic.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Dominican%20Republic.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Earthquake%20in%20Haiti.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Earthquake%20in%20Haiti.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Europe.html |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Europe.txt |
| 2015 Yearbook of Jehovah's Witnesses | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2015/yb15_E/Finding%20Purpose%20in%20Life.html |
| 2015 Yearbook of Jehovah's Witnesses | |

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 7:25 AM
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:47 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:28 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety Team** (GitHub Support)
Aug 5, 2025, 4:12 PM UTC

Hello,

Thanks for contacting GitHub Trust & Safety.

We've received your report and will get back to you once our review is complete. In the meantime, please let us know if there is anything else we can help you with.

Regards,
GitHub Trust & Safety

---

**InboxlglipG Us**
Jul 30, 2025, 8:55 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Study%20Edition.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Study%20Edition.txt |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CMay%20He%20...%20...%20Give%20Success%20to%2...<br><br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CMay%20He%20...%20...%20Give%20Success%20to%2... |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CPraise%20Jah!%E2%80%9D%E2%80%94Why.html<br><br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CPraise%20Jah!%E2%80%9D%E2%80%94Why.txt |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CWeep%20With%20Those%20Who%20Weep%E2%80%9D...<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/%E2%80%9CWeep%20With%20Those%20Who%20Weep%E2%80%9D... |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/cover.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_1.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_10.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_11.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_12.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_3.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_4.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_5.jpg |
| THE WATCHTOWER—STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_6.jpg |

| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_7.jpg |
|---|---|
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_8.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017481_univ_cnt_9.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017482_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017482_univ_cnt_2.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017483_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017483_univ_cnt_2.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017484_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017485_E_cvr.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017486_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017486_univ_cnt_2.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017487_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017487_univ_cnt_2.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017488_univ_cnt_1.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/img/2017488_univ_cnt_2.jpg |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Questions%20From%20Readers.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Questions%20From%20Readers.txt |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Seeking%20Riches%20That%20Are%20True.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Seeking%20Riches%20That%20Are%20True.txt |
| THE WATCHTOWER | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Table%20of%20Contents.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Table%20of%20Contents.txt |

| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/They%20Offered%20Themselves%20Willingly%E2%80%A0<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/They%20Offered%20Themselves%20Willingly%E2%80%A0 |
| THE WATCHTOWER —STUDY EDITION July 2017 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Winning%20the%20Battle%20for%20Your%20Mind.htm<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2017/w_E_201707/Winning%20the%20Battle%20for%20Your%20Mind.txt |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue.  *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007) ("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable.  *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")  Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 at 7:25 AM
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:48 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:29 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 8:55 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Can%20You%20Trust%20the%20Bible.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Can%20You%20Trust%20the%20Bible.txt |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Enjoy%20Life%20Forever!%E2%80%94Introductory%20Bible%20...<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Enjoy%20Life%20Forever!%E2%80%94Introductory%20Bible%20... |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Have%20you%20enjoyed%20what%20you%20learned.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/Have%20you%20enjoyed%20what%20you%20learned.txt |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/How%20Can%20the%20Bible%20Help%20You.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/How%20Can%20the%20Bible%20Help%20You.txt |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/How%20to%20get%20the%20most%20out%20of%20these%20B...<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/How%20to%20get%20the%20most%20out%20of%20these%20B... |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021805_E_cvr.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021806_E_cnt_01.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021806_E_cnt_02.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021806_E_cnt_03.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021806_E_cnt_04.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021806_E_cnt_05.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021807_E_cnt_01.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021808_univ_cnt_01.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021808_univ_cnt_02.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_E_cnt_01.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cbg_02.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_02.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_03.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_04.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_05.jpg |

| | |
|---|---|
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_06.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_07.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_08.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021811_univ_cnt_09.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_E_cnt_01.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cfb_001.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cfb_002.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cfb_003.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cfb_004.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_02.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_03.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_04.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_05.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_06.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_07.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021812_univ_cnt_08.jpg |
| Enjoy Life Forever | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2020/lffi_E/img/1102021813_E_cbg_02.jpg |

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 at 7:25 AM
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:**  This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:48 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:30 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 8:55 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/%E2%80%98Setting%20Your%20Mind%20on%20the%20Spirit%20Mea<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/%E2%80%98Setting%20Your%20Mind%20on%20the%20Spirit%20Mea |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Becoming%20%E2%80%9CAll%20Things%20to%20People%20of%20A<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Becoming%20%E2%80%9CAll%20Things%20to%20People%20of%20A |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/By%20Undeserved%20Kindness%20You%20Were%20Set%20Free.htm<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/By%20Undeserved%20Kindness%20You%20Were%20Set%20Free.txt |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_1.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_3.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_4.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_5.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_6.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_7.jpg |

| | |
|---|---|
| December 2016 | |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016921_univ_cnt_8.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_1.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_3.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_4.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_5.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_6.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_7.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016922_univ_cnt_8.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016923_univ_cnt_1.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016923_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016924_univ_cnt_1.jpg |

| | |
|---|---|
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016924_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016925_univ_cnt_1.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016925_univ_cnt_2.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/img/402016930_E_cvr.jpg |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Jehovah%20Rewards%20Those%20Who%20Earnestly%20Seek%20Hin<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Jehovah%20Rewards%20Those%20Who%20Earnestly%20Seek%20Hin |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Simplified%20Edition.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Simplified%20Edition.txt |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Table%20of%20Contents.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Table%20of%20Contents.txt |
| THE WATCHTOWER—STUDY EDITION (SIMPLIFIED) December 2016 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Throw%20All%20Your%20Anxiety%20on%20Jehovah.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2016/ws_E_201612/Throw%20All%20Your%20Anxiety%20on%20Jehovah.txt |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue.  *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007) ("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable.  *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")  Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](GitHub Developer Support)
**Sent on:** Monday, August 18, 2025, 7:25 AM
**To:** [InboxLGLIPG.US](InboxLGLIPG.US)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:49 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](GitHub DMCA Takedown Policy - What about forks (or What's a fork?))

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:30 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 8:56 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to filing a DMCA notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/A%20Secure%20Future%E2%80%94Everyone%E2%80%99s%20Desi... https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/A%20Secure%20Future%E2%80%94Everyone%E2%80%99s%20Desi... |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/A%20Secure%20Future%E2%80%94How%20Can%20You%20Find%20... https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/A%20Secure%20Future%E2%80%94How%20Can%20You%20Find%2... |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Can%20Education%20and%20Money%20Guarantee%20a%20Secure%... https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Can%20Education%20and%20Money%20Guarantee%20a%20Secure%... |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/cover.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021160_E_cvr.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021163_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021164_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021165_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021165_univ_cnt_2.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021166_univ_cnt_1.jpg |

| | |
|---|---|
| Can You Find It? | |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021166_univ_cnt_2.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021166_univ_cnt_3.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021167_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021167_univ_cnt_2.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021167_univ_cnt_3.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021168_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/img/2021169_univ_cnt_1.jpg |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Introduction.html https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Introduction.txt |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Is%20There%20a%20Reliable%20Guide%20to%20a%20Secure%20Fu https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Is%20There%20a%20Reliable%20Guide%20to%20a%20Secure%20Fu |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Table%20of%20Contents.html https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Table%20of%20Contents.txt |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/The%20Way%20to%20a%20Secure%20Future.html https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/The%20Way%20to%20a%20Secure%20Future.txt |
| THE WATCHTOWER No. 3 2021 \| A Secure | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/What%20Really%20Determines%20Your%20Future.html https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/What%20Really%20Determines%20Your%20Future.txt |

| | |
|---|---|
| Future—How Can You Find It? | |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Will%20Being%20a%20Good%20Person%20Guarantee%20a%20Secur<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/Will%20Being%20a%20Good%20Person%20Guarantee%20a%20Secur |
| THE WATCHTOWER No. 3 2021 \| A Secure Future—How Can You Find It? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/You%20Can%20Choose%20Your%20Future.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2021/wp_E_202109/You%20Can%20Choose%20Your%20Future.txt |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue.  *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007) ("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable.  *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")  Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 17:25 UTC
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:49 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:31 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 8:57 PM UTC

Notice of Copyright Infringement

Dear Sir/Madam

I have read and understand GitHub's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material |
|---|---|
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/1%20_%20Protect%20Your%20Health.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/1%20_%20Protect%20Your%20Health.txt |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/2%20_%20Protect%20Your%20Livelihood.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/2%20_%20Protect%20Your%20Livelihood.txt |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/3%20_%20Protect%20Your%20Relationships.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/3%20_%20Protect%20Your%20Relationships.txt |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/4%20_%20Protect%20Your%20Hope.html<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/4%20_%20Protect%20Your%20Hope.txt |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/A%20World%20in%20Turmoil%E2%80%94How%20Can%...<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/A%20World%20in%20Turmoil%E2%80%94How%20Can%... |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/A%20World%20in%20Turmoil%E2%80%94How%20You%...<br>https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/A%20World%20in%20Turmoil%E2%80%94How%20You%... |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/cover.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022002_E_cvr.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022005_univ_cnt_1.jpg |

| | |
|---|---|
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_1.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_2.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_3.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_4.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_5.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022006_univ_cnt_6.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_1.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_2.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_3.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_4.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_5.jpg |
| AWAKE! No. 1 2022 \| A World in Turmoil— | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022007_univ_cnt_6.jpg |

| | |
|---|---|
| How You Can Cope | |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022008_univ_cnt_1.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022008_univ_cnt_2.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022008_univ_cnt_3.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022008_univ_cnt_4.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022008_univ_cnt_5.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022009_univ_cnt_1.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022009_univ_cnt_2.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022009_univ_cnt_3.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022009_univ_cnt_4.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022010_univ_cnt_1.jpg |
| AWAKE! No. 1 2022 | A World in Turmoil— How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022010_univ_cnt_2.jpg |
| AWAKE! No. 1 | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022010_univ_cnt_3.jpg |

| | |
|---|---|
| 2022 \| A World in Turmoil—How You Can Cope | |
| AWAKE! No. 1 2022 \| A World in Turmoil—How You Can Cope | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2022/g_E_202207/img/102022010_univ_cnt_4.jpg |

This email is a service from GitHub Support.

**From:** [GitHub Developer Support](#)
**Sent on:** Monday, August 18, 2025 7:49 PM
**To:** [InboxLGLIPG.US](#)
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:49 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

[https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members](https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members)

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

[GitHub DMCA Takedown Policy - What about forks (or What's a fork?)](#)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:31 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 9:25 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material | Link to Lawful Display of Material on Watch Tower's Site |
|---|---|---|
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/img/1102014910_univ_cnt_1.jpg | https://wol.jw.org/en/wol/mp/r1/lp-e/T-37/2014/7 |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/img/1102014910_univ_cnt_2.jpg | https://wol.jw.org/en/wol/mp/r1/lp-e/T-37/2014/8 |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/img/1102014910_univ_cnt_3.jpg | https://wol.jw.org/en/wol/mp/r1/lp-e/T-37/2014/10 |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/img/1102014910_univ_cnt_4.jpg | https://wol.jw.org/en/wol/mp/r1/lp-e/T-37/2014/12 |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/img/1102014911_E_cvr.jpg | https://cms-imgp.jw-cdn.org/img/p/T-37/E/pt/T-37_E_lg.jpg |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/Where%20Can%20We%20Find%20Answers%20to%20Life%E2%80%99s%20Big%20Questions.html | https://wol.jw.org/en/wol/d/r1/lp-e/1102014910 |
| Where Can We Find Answers to Life's Big Questions? | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2014/T-37_E/Where%20Can%20We%20Find%20Answers%20to%20Life%E2%80%99s%20Big%20Questions.txt | https://wol.jw.org/en/wol/d/r1/lp-e/1102014910 |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue. *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007)("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as

evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100 *et. seq.* and litigation in this matter is reasonably foreseeable.  *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")

Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address:**  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

This email is a service from GitHub Support.

**From:** GitHub Developer Support
**Sent on:** Monday, August 18, 2025 11:50:17 AM PST
**To:** InboxLGLIPG.US
**Subject:** [GitHub Support] - DMCA Takedown Notice

**Please be cautious:** This message came from outside our email system.

---

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 18, 2025, 3:50 PM UTC

Hello,

The reported content has been disabled and the owners have been notified of the takedown. We will let you know if any of the users file a counter notice to have the content re-enabled.

Please also note that, although your earlier reports did not identify any forked repositories, we thought you may want to know that at least one of the repositories in your takedown notice has been forked. You can see a list of those forked repositories at:

https://github.com/CHPraxis/JW_Lib_Extended_Mobile/network/members

If you wish to have any of the files in the forks disabled as well, please investigate and report them in another notice, as they may often contain different material than in the parent repository. You can find out more details about that here:

GitHub DMCA Takedown Policy - What about forks (or What's a fork?)

Please let us know if you have any other questions.

Regards,
GitHub Trust & Safety

---

 **GitHub Trust & Safety** (GitHub Support)
Aug 14, 2025, 3:31 PM UTC

Hello,

We have contacted the owner(s) of the repositories identified in your notice and have given them an opportunity to remove the content named in your notice. We will inform you if the user makes any changes, and, if not, we will let you know when we have disabled the content.

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---

 **Inboxlglipg Us**
Jul 30, 2025, 9:27 PM UTC

Dear Sir/Madam:

I have read and understand GitHub's Guide to Filing a DMCA Notice.

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** ComingOutaMyCage

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material | Link to Lawful Display of Material on Watch Tower's Site |
|---|---|---|
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/2022-2023%20Circuit%20Assembly%20Program%20With%20Branch%20Representative.html | https://wol.jw.org/en/wol/d/r1/lp-e/1102023241 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/2022-2023%20Circuit%20Assembly%20Program%20With%20Branch%20Representative.txt | https://wol.jw.org/en/wol/d/r1/lp-e/1102023241 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/Find%20Answers%20to%20These%20Questions.html | https://wol.jw.org/en/wol/d/r1/lp-e/1102023243 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/Find%20Answers%20to%20These%20Questions.txt | https://wol.jw.org/en/wol/d/r1/lp-e/1102023243 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/Friends%20of%20Peace.html | https://wol.jw.org/en/wol/d/r1/lp-e/1102023242 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/Friends%20of%20Peace.txt | https://wol.jw.org/en/wol/d/r1/lp-e/1102023242 |
| 2022-2023 Circuit Assembly Program With Branch Representative | https://github.com/ComingOutaMyCage/JW_Lib_Extended/blob/master/data/2023/CA-brpgm23_E/img/1102023241_E_cvr.jpg | https://wol.jw.org/en/wol/mp/r1/lp-e/CA-brpgm23/2023/6 |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that GitHub, Inc. is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue. *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007)("Spoliation is the destruction or significant alteration of evidence, or failure to

preserve property for another's use as evidence in pending or reasonably foreseeable litigation.") The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable. *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")

Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel

**Intellectual Property Owner:** Watch Tower Bible and Tract Society of Pennsylvania
**Company:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 200 Watchtower Drive
**City, State, and Zip:** Patterson, NY 12563
**Name and Title:** Philip Brumley, General Counsel
**Attorney Address:** 200 Watchtower Drive, Patterson, NY 12563
**Email Address**: InboxLGLIPG.US@jw.org
**Telephone:** 845-306-1000

This email is a service from GitHub Support.

**InboxLGLIPG.US**

| | |
|---|---|
| **From:** | InboxLGLIPG.US |
| **Sent:** | Wednesday, July 30, 2025 4:54 PM |
| **To:** | dmca-agent@google.com |
| **Subject:** | DMCA Takedown Notice |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User: unknown**

**Description of Work Being Infringed:** My organization's publication and artwork

| Title of Work Being Infringed | Link to Infringing Material | Link to Lawful Display of Material on Tower's Site |
|---|---|---|
| The Watchtower-Study Edition | https://drive.google.com/file/d/1JWZ6LH4RTOeXC6spEST2vok8nPySsnNk/view | https://www.jw.org/finder?wtlocale=E&i 08&pub=w24&srcid=share |

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

It is Watch Tower's position that Google LLC is under obligation to preserve information relevant to the infringement of Watch Tower's copyrighted works by the user at issue. *See In re Terrorist Bombings of U.S. Embassies in E. Afr. v. Odeh*, 552 F.3d 93, 148 (2d Cir. 2007)("Spoliation is the destruction or significant alteration of evidence, or failure to preserve property for another's use as evidence in pending or reasonably foreseeable litigation.")  The information demanded in the subpoena is clearly relevant to Watch Tower's efforts to protect its rights under 17 U.S.C. §§ 100, et. seq., and litigation in this matter is reasonably foreseeable. *See Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 139 (S.D.N.Y. June 30, 2009) ("it is likely that the preservation obligation arose much earlier than the initiation of this action, as Plaintiffs had sent several cease and desist letters months prior to filing their complaint.")

1

Watch Tower reserves its rights with respect to any failure(s) to preserve information that is relevant to the this claim of infringement.

 Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  200 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  200 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLIPG.US@jw.org
**Telephone:**  845-306-1000

| | |
|---|---|
| **From:** | removals@google.com |
| **To:** | InboxLGLIPG.US |
| **Subject:** | [7-9853000039916] |
| **Date:** | Thursday, July 31, 2025 7:54:12 AM |

**Please be cautious:**  This message came from outside our email system.

Hello,

Thanks for reaching out to us.

In accordance with applicable copyright laws in the relevant jurisdiction, we have completed processing your copyright removal request. We are in the process of removing or disabling access to the following content:

https://drive.google.com/file/d/1JWZ6LH4RTOeXC6spEST2vok8nPySsnNk/view

The content will soon be removed globally.

Regards,

The Google Team

*For more information about our content removal process, see* g.co/legal.