**COMPOSITE EXHIBIT 5**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena To Cloudflare, Inc. | CIVIL ACTION NO.    7:25-mc-555 |

## SUBPOENA TO PRODUCE DOCUMENTS OR INFORMATION
## PURSUANT TO 17 U.S.C. § 512(h)

To: Custodian of Records for: Cloudflare, Inc., 101 TOWNSEND STREET, SAN FRANCISCO, CA, UNITED STATES, 94107 by and through its registered agent REGISTERED AGENT SOLUTIONS, INC., 99 WASHINGTON AVE, SUITE 700, ALBANY, NY, UNITED STATES, 12260.

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, and electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All identifying information, including subscriber registration information, the name(s), address(es), telephone number(s), any electronic mail addresses associated with the website jws-library.one, and any logs of Internet Protocol addresses including time stamps used to access the subject account or to upload the documents available at the following URLs:

> https://jws-library.one/?list=publications&pubId=g_E_202207&year=2022
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F1+_+Protect+Your+Health.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F2+_+Protect+Your+Livelihood.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F3+_+Protect+Your+Relationships.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2F4+_+Protect+Your+Hope.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+Can+You+Cope.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FA+World+in+Turmoil%E2%80%94How+You+Can+Cope.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FIn+This+Issue+of+Awake%21.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FIntroduction.html
>
> https://jws-library.one/?file=data%2F2022%2Fg_E_202207%2FTable+of+Contents.html


| Place: Watch Tower Bible and Tract Society of Pennsylvania<br>200 Watchtower Drive<br>Patterson, NY 12563 | Date and Time: 1/15/2026 10:00 am |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*Tammi M. Hellwig*
CLERK OF THE COURT

Date: DEC 1 0 2025

*Kaitlin Moran*
Signature of Clerk or Deputy Clerk

The name, address, e-mail address, and telephone number of the attorney representing, Watch Tower Bible and Tract Society of Pennsylvania, who issues or requests this subpoena is Melanie Baptiste-Jean Noel, MBJN Law, 925 Cripple Creek Dr., Suite 400, Lawrenceville, GA 30043, mjnoel@mbjnlaw.com, 678-439-7550.

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

AFFIDAVIT OF SERVICE

Index #: 7:25-mc-00555-MKM
Date Filed: _____
Court Date: _____
Assigned Justice: _____

**UNITED STATES DISTRICT COURT,**
**SOUTHERN DISTRICT OF NEW YORK**

File No.: _____

*In re: DMCA Section 512(h) Subpoena to Cloudflare, Inc.*

*Plaintiff(s)/Petitioner(s)*

vs.

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF ALBANY SS.:

___James Perone___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Thursday, December 11, 2025** at **2:49 PM**.

at **c/o Registered Agent Solutions, Inc., 99 Washington Avenue, Suite 700, Albany, NY 12211** deponent served the within **Subpoena to Produce Documents or Information Pursuant to 17 U.S.C. §512(h)**

on: **Cloudflare, Inc.**

___Defendant___ therein named.

**CORPORATION #1** ☒ By delivering to and leaving with **Kristie DeLong, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒
Sex: Female   Color of skin: White   Color of hair: Brown   Age: 36 - 50 Yrs.   Height: 5' 0" - 5' 3"
Weight: 100 - 130 Lbs.   Other Features:

(use with #1, 2 or 3)

**#3 WIT. FEES** ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 11th day of December 2025

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2028



James Perone

Job # S1935337

Servico, Inc. P.O. Box 871, Albany, NY 12201