**COMPOSITE EXHIBIT 3**

From: Legal Department
Sent: Wednesday, October 1, 2025 3:06 PM
To: abuse@cloudflare.com
Subject: Report received: (#20123034) 2nd Notice: DMCA Complaint regarding jwslibrary.one.


Dear Sir or Madam:

Thank you for your email response below. We were informed by Porkbun LLC that Cloudflare is the host for the jws-library.one website. Please see Porkbun's response of September 4, 2025, attached hereto.

Watch Tower's copyrighted works are still being infringed on the jws-library.one website. Attached hereto are 10 valid DMCA notices originally sent on July 30, 2025, that provide all of the information needed for you to identify the unauthorized display of Watch Tower's intellectual property on a website that you host.

According to the DMCA,
a notification of claimed infringement must be a written communication provided to the designated agent of a service provider that includes substantially the following:
(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.
(iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
(v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
17 U.S.C. § 512(c)(3).

Watch Tower's notices of infringement included all of the requisite information. Notably, Watch Tower provided clear evidence of the blatant infringement on a website you host. Indeed, Watch Tower's DMCA notices included direct links to large samples of the infringing material appearing illegally on jws-library.one and corresponding links to the same exact material appearing legally on Watch Tower's site.

Cloudflare is statutorily obligated to "expeditiously [ ] remove, or disable access to, the material that is claimed to be infringing" (17 U.S.C. § 512 (c)(1)(C)); *see Feingold v.*

*RageOn, Inc.*, 472 F.Supp.3d 94, 102 (S.D.N.Y. 2020) (finding that 18 to 23 days is not expeditious).

It has now been over 60 days since Watch Tower sent statutorily-compliant DMCA notices to Porkbun regarding the jws-library.one website. Please advise whether Cloudflare will satisfy its statutory obligation or abandon safe harbor from infringement liability.

Sincerely,

*Philip Brumley*

Philip Brumley, General Counsel
Intellectual Property Owner: Watch Tower Bible and Tract Society of Pennsylvania
Company: Watch Tower Bible and Tract Society of Pennsylvania
Address: 200 Watchtower Drive
City, State, and Zip: Patterson, NY 12563
Name and Title: Philip Brumley, General Counsel
Attorney Address: 200 Watchtower Drive, Patterson, NY 12563
Email Address: InboxLGLIPG.US@jw.org
Telephone: 845-306-1000

---------------------
**From:** abuse@cloudflare.com
**Sent:** Thursday, September 4, 2025 9:48:14 AM
**To:** Legal Department <InboxLGLIPG.US@bethel.jw.org>
**Subject:** Report received: (#20123034) 2nd Notice: DMCA Complaint regarding jwslibrary.one.

**Please be cautious:** This message came from outside our email system.
 ---------------------
##- Please type your reply above this line -##
Your report (#20123034) has been received. Note -- When responding please make sure to keep #20123034 in the subject line.
Thank you for your report.
Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records  for websites using Cloudflare. Cloudflare does not generally serve as a hosting provider, does not organize or alter content, and does not have the ability to remove content hosted by others.
To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:
https://www.cloudflare.com/abuse/
Regards,
 Cloudflare Trust & Safety

This email is a service from Cloudflare. Delivered by  <u>Zendesk</u>

## InboxLGLIPG.US

| | |
|---|---|
| From: | Porkbun Legal <legal@porkbun.com> on behalf of Porkbun Legal |
| Sent: | Thursday, September 4, 2025 2:52 PM |
| To: | InboxLGLIPG.US |
| Subject: | Re: 2nd Notice: DMCA Complaint regarding jwslibrary.one. |

**Please be cautious:** This message came from outside our email system.

Hello,

To file an abuse report, including DMCA, phishing, or any other kind of fraud, you need to use our abuse form, which can be found here: https://porkbun.com/abuse. The abuse@porkbun.com email address is no longer used to process abuse reports.

As a courtesy, I've checked the web host for jwslibrary.one, and it appears to be Cloudflare. You can contact their abuse department via this link: https://www.cloudflare.com/trust-hub/reporting-abuse/. If the registrant is using Cloudflare to hide their web host, usually Cloudflare will work with you directly to process any DMCA complaints.


--
Sarah Knobloch
legal@porkbun.com

On Thu, Sep 4, 2025 at 6:45 AM PDT, Legal Department <inboxlglipg.us@jw.org> wrote:
Dear Sir or Madam:

We write in follow up to the attached **ten (10)** copyright infringement notices sent to Porkbun on July 30, 2025, pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512), regarding **jws-library.one**, a website you host. Over 30 days have passed since Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") informed Porkbun of the extensive infringements on a website you host. However, Porkbun has not replied to these notices or disabled access to the infringing content.

According to the DMCA,
a notification of claimed infringement must be a written communication provided to the designated agent of a service provider that includes substantially the following:
(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.

1

(iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

(v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

17 U.S.C. § 512(c)(3). Watch Tower's notices of claimed infringement included all of the requisite information. Notably, Watch Tower provided clear evidence of the blatant infringement. Indeed, Watch Tower's DMCA notices included direct links to large samples of the infringing material appearing on jws-library.one and corresponding links to the same exact material appearing on Watch Tower's site. Porkbun is statutorily obligated to "expeditiously [ ] remove, or disable access to, the material that is claimed to be infringing" (17 U.S.C. § 512 (c)(1)(C)); *see Feingold v. RageOn, Inc.*, 472 F.Supp.3d 94, 102 (S.D.N.Y. 2020) (finding that 18 to 23 days is not expeditious).

It has now been over a month since Watch Tower sent statutorily-compliant DMCA notices to Porkbun regarding the jws-library.one website. Please advise whether Porkbun will satisfy its statutory obligation or abandon safe harbor from infringement liability. If Porkbun is not the host of the jws-library.one website, please immediately advise who hosts the website.

Sincerely,

*Philip Brumley*

Philip Brumley
General Counsel


**Intellectual Property Owner**: Watch Tower Bible and Tract Society of Pennsylvania
**Company**: Watch Tower Bible and Tract Society of Pennsylvania
**Address**: 200 Watchtower Drive
**City, State, Zip**: Patterson, NY 12563
**Name and Title**: Philip Brumley, General Counsel
**Attorney Address**: 200 Watchtower Drive, Patterson, NY 12563
**Email Address**: InboxLGLIPG.US@jw.org
**Telephone**: 845-306-1000