183 Madison Avenue, Suite 1601
New York, NY 10016

**Phone:** +1 646 362 5590
**Website:** www.zwillgen.com

Sudhir V. Rao
Sudhir.rao@zwillgen.com

April 21, 2026

_Via ECF_
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

     Re:     _In re DMCA Subpoena to Cloudflare, Inc._, No. 7:25-mc-00555-KMK (S.D.N.Y.)

Dear Judge Karas:

     I write on behalf of Cloudflare, Inc. ("Cloudflare") with the consent of Petitioner Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). Cloudflare and Watch Tower have amicably resolved the issues raised in Cloudflare's March 31, 2026 letter (ECF No. 38) requesting a pre-motion conference regarding Cloudflare's intent to recover its costs, disbursements, and reasonable counsel fees in connection with Watch Tower's contempt motion (ECF Nos. 7-10, 20-23, 25-27).

     Accordingly, Cloudflare withdraws its March 31, 2026 request for a pre-motion conference and respectfully requests that the Court cancel the pre-motion conference that had been scheduled for this morning.

                                       Sincerely,

                                /s/ _Sudhir V. Rao_
                                  Sudhir V. Rao

                                _Counsel for Cloudflare, Inc._

CC:  Counsel of record

1